UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) )    3:09-md-02100-DRH<br><br>   MDL No. 2100 |

**This Document Relates To:**

*Robbie Jordan Thomas v. Bayer Corporation, et al.*  No. 10-cv-20526-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the Renewed Motion to Dismiss (Doc. 23), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
      **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.08.17 13:17:52 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT